1022

UNITED STATES of America, Appellant, v. Cromwell Emory MURRAY, Appellee.

No. 4456.

Circuit Court of Appeals, Fourth Circuit.

June 13, 1939.

Claud N. Sapp, U. S. Atty., Henry H. Edens, Asst. U. S. Atty., and Robert E. Wilson, Atty., Department of Justice, all of Columbia, S. C., and Wilbur C. Pickett, Sp. Asst. to Atty. Gen.

R. K. Wise, of Columbia, S. C., for appellee.

PER CURIAM.

On motion of appellant, and stipulation of the parties, judgment of District Court is reversed and cause remanded with directions. Judgment filed.

UNITED STATES of America, Plaintiff-Appellee, v. FORDHAM SUGAR CO., Inc., Julius Cohen and Harry Schachter, Defendants-Appellants.

No. 385.

Circuit Court of Appeals, Second Circuit.

June 30, 1939.

David V. Cahill and Joseph L. Strassburg, both of New York City, for appellants Fordham Sugar Co., Inc., and Julius Cohen.

Bennett I. Schlessel, of New York City, for appellant Harry Schachter.

John T. Cahill, U. S. Atty., of New York City (John K. Carroll, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed.

UNITED STATES of America v. Francis F. QUITTNER, Trustee in Bankruptcy of the Estate of Shroeder Transportation Co., Inc., a Corporation, Bankrupt.

No. 9282.

Circuit Court of Appeals, Ninth Circuit.

Sept. 5, 1939.

Ben Harrison, U. S. Atty., E. H. Mitchell, Asst. U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, all of Los Angeles, Cal.

Samuel A. Miller, of Los Angles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in this cause issue forthwith.

UNITED STATES of America, Appellant, v. WESTERN OPERATING CORPORATION, a Delaware Corporation, Appellee.

No. 4537.

Circuit Court of Appeals, Fourth Circuit.

Aug. 25, 1939.

Sterling Hutcheson, U. S. Atty., of Richmond, Va., and H. H. Holt, Jr., Asst. U. S. Atty., of Norfolk, Va.

Hughes, Little & Seawell, of Norfolk, Va., for appellee.

PER CURIAM.

Cause docketed on original appeal papers and entered dismissed in accordance with agreement of counsel and Rule 23.